UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHANTENA KINNEY, )
               Plaintiff, )
)  No. 1:20-cv-172
-v- )
)  Honorable Paul L. Maloney
ROBERT WILKIE, JR., )
               Defendant. )
)

## JUDGMENT

In accordance with the order entered on this date (ECF No. 17), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: February 24, 2021                /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge